# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| KELLY M. FENNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:14-CV-291-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's consent motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 19, 2015, that defendant's motion to remand is granted and the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g). This matter is remanded to the Commissioner for further administrative action with respect to plaintiff's claim of disability.

**This Judgment Filed and Entered on May 19, 2015, and Copies To:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)
Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)

May 19, 2015                JULIE RICHARDS JOHNSTON, CLERK
                              /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk