IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-291-FL

| | |
|---|---|
| KELLY M. FENNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER FOR ATTORNEY'S FEES ) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | ) ) ) ) |
| Defendant. | ) ) |

    The Court hereby awards Plaintiff $3,494.42 in attorney's fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

    SO ORDERED this ____30th____ day of ____June____, 2015.

_____
Louise W. Flanagan
United States District Judge